(exhibit-dgj-whitney-parish commonwealth "1b")

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 20 PM 12: 24

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD G. JONES | * | CIVIL ACTION |
| VERSUS | * | NO: 08-1487 |
| PARISH NATIONAL BANK, ET AL | * | SECTION: "D"(1) |

### ORDER AND REASONS

On October 29, 2008, this court entered Judgment in favor of Defendants, Parish National Bank and Commonwealth Land Title Insurance Company, and against Plaintiffs, Donald G. Jones on his own behalf and on behalf of Rebecca Barnett Duwell, Asia Duwell and Ian Duwell, dismissing Plaintiffs' Complaint and closing this matter. Accordingly, the court **DISMISSES** the **Motion for Summary Judgment (Doc. No. 22)** filed by Donald G. Jones on July 14, 2010. (The court attaches hereto the July 20, 2010 letter received from counsel for Defendant Parish National Bank regarding its position on said Motion for Summary Judgment).

New Orleans, Louisiana, this **20th** day of **July, 2010.**

A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

echibit - dgj - whitney - parish - commonwealth "b"

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 29 PM 1: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DONALD G. JONES        *        CIVIL ACTION

VERSUS        *        NO: 08-1487

PARISH NATIONAL BANK, ET AL    *        SECTION: "D"(1)

## ORDER AND REASONS

Having considered the complaint, the Magistrate Judge's Report and Recommendation (Doc. No. 16), the Plaintiff Donald G. Jones' Response to the Magistrate Judge's Report and Recommendation (Doc. No. 19),[1] the record and the applicable law, the court approves the Magistrate Judge's Report and Recommendation and adopts it as its own opinion.[2] Accordingly;

**IT IS ORDERED** that:

(1) the Plaintiffs' Motion to Enjoin and Consolidate State

---

[1]     In Plaintiff's response, Plaintiff argues, *inter alia*, that he "has a right to file this action, as plaintiff owns a 5% interest in the property. Plaintiff further will submit to this Honorable Magistrate Judge a document validating said referenced ownership by October 28, 2008." (Doc. No. 19, p. 1). On October 29, 2008, the court was advised by both the Clerk of Court's Office and the Magistrate Judge's office that Plaintiff failed to file *any* ownership document or *any* other pleading.

[2]     The court notes an obvious typographical error on page 7, line 2 of the Magistrate Judge's Report and Recommendation wherein it is stated "Continental did not join in Parish's motion to dismiss." (Doc. No. 16, p. 7). "Continental" should be "Commonwealth," and the court hereby makes that correction.



___ Fee _____
___ Process _____
X__ Dktd
___ CtRmDep _____
___ Doc. No _____

Court Actions (Doc. No. 8) be and is hereby **DENIED**;

(2)   The Motion to Dismiss (Doc. No. 11) filed by Parish National Bank be and is hereby **GRANTED**;

(3)   Plaintiffs' Complaint against both Parish National Bank and Commonwealth Land Title Insurance Company be and is hereby **DISMISSED** without prejudice.

New Orleans, Louisiana, this **29th** day of **October, 2008.**

A. J. McNAMARA
UNITED STATES DISTRICT JUDGE

2

JUL-20-2010  10:35     CARVERDARDEN                                              P.02/02
Case 2:10-cv-02935-MVL-KWR Document 1-2   Filed 09/02/10   Page 4 of 40
Case 2:08-cv-01487-AJM   Document 23-1   Filed 07/20/10   Page 1 of 1

# CARVER, DARDEN,
## KORETZKY, TESSIER, FINN,
## BLOSSMAN & AREAUX LLC

J. PATRICK GAFFNEY

(504) 585-3835
gaffney@carverdarden.com

July 20, 2010

**VIA FAX: 589-4464**
Honorable Judge A.J. McNamara
United States District Court
Eastern District of Louisiana, Section "D"
500 Poydras Street, Room C107-A
New Orleans, LA 70130

Re:   *Donald G. Jones v. Parish National Bank, et al.*, Civil Action No. 08-1487-
AJM-SS, United States District Court Eastern District of Louisiana

Dear Judge McNamara:

I was counsel of record for Defendant Parish National Bank[1] in connection with the above-referenced civil action. The action was brought by *pro se* plaintiff Donald G. Jones on his own behalf (and on behalf of others[2]). The Court entered a final Judgment in favor of Defendants and dismissing Plaintiffs' case on October 29, 2008. [R. Doc. 21]. On or about July 14, 2010, Mr. Jones filed Plaintiffs' *Motion for Summary Judgment Pursuant to FRCP 56 for Damages to Owner's Properties-Owner's Businesses in Excess of $8,000,000.00 Violations of Title 18 U.S.C. Part 1 Chapter 47 Section 1021 (Title Record) RICO Antitrust-Insurance Fraud-Violations of Title 42 U.S.C. Sections 2000.d through 2000.D.7 of the 1964 Civil Rights Act* [R. Doc. 22]. The motion was noticed for hearing July 28, 2010. For the reason that this action previously was dismissed and closed (among other reasons), Parish National Bank respectfully submits that the filing should be rejected and/or the motion should be denied. Please advise if Your Honor would prefer Parish National Bank to raise these matters by formal opposition or if this letter will suffice.

Respectfully yours,

J. Patrick Gaffney

PJG/bgc
cc: Mr. Donald G. Jones

---

[1] Effective December 5, 2008 (subsequent to dismissal of the above referenced action), Parish National Bank merged with and into Whitney National Bank. Whitney National Bank is the successor by merger to Parish National Bank.

[2] *See*, La. R.S. 37:212 and R.S. 37:213.

ENERGY CENTRE • 1100 POYDRAS ST. • SUITE 3100 • NEW ORLEANS, LA 70163
TELEPHONE (504) 585-3800 • FACSIMILE (504) 585-3801

(exhibit-dgj-RBD-Cash Sale-Property - 081487 WSEDL- "1 ")

**FROM THE DESK OF DONALD G. JONES**

**302 PLANTATION CIRCLE**

**FAYETTEVILLE, GA. 30214**

**504-339-8052**

email-jonesdnjhnsn@aol.com

JAN 26 2010

January 25, 2010

**Honorable Clerk of Court Offices of Mortgage-Notarial Archives-Conveyance**

**1340 Poydras St.- Suite 400**

**New Orleans, La. 70112**

Re:     **Recordation of Cash Sale of Property**

Subject:        **Explanation of Documents Attached**

Dear Hon. Clerk Of Court:

I am writing this short letter to serve as my official explanation of the attached documents, and the filing of them. I have included for recording the following.

THE PROPERTY BELONGS TO 3 OWNERS-REBECCA B. DUWELL-IAN N. DUWELL & ASIA V. DUWELL-EACH HAS SOLD A PERCENTAGE OF THEIR OWNERSHIP IN THE PROPERTY TO MYSELF, namely; DONALD G. JONES.

1)    **Cash Sale dated April 5, 2007 from Rebecca B. Duwell to Donald G. Jones**
      **( please convert over to 8 ½ x 14 sheets ) This was the only original I had, and I**
      **did not want to disturb it's integrity.**

2)    **Legal Description to Rebecca B. Duwell's Cash/Assignment -**
      **Attachment RBD " 1 "**

3)    **Cash Sale/Assignment of Ownership Ian N. Duwell dated January 19, 2010**
      **Exhibit " A " Legal Description-Attachments "EXHIBIT IND/DGJ "**

4)    **Cash Sale/Assignment of Ownership Asia V. Duwell dated January 22, 2010**
      **and Legal Description " EXHIBIT AVD/DGJ "**

Please record these documents, and call me with the amount you are charging for them, as I have sent my personal check " blank " , for you to complete. Please call me if there are any problems 504-339-8052.

Sincerely and Cooperatively Yours,

DONALD G. JONES

( exhibit-dgi- RBD-Cash Sale - Property - 081487 USEDL ) "la"

# RECEIPT FOR FILING

## Dale N. Atkins
## Clerk of Court and Ex-Officio Recorder

For the Parish of Orleans, State of Louisiana
**1340 Poydras Street, Suite 500**
**New Orleans, LA, 70112**
Telephone: (504) 568-8577

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-04051   DT 01/26/10
TYPE: AGREE FEE: $46.00 PG: 2

Filed By: _Donald Jones_

Notary Public who Passed Act: _____

Instrument Filed: _Agreement_

_____

_____

Registered in Conveyance Division (504)592-9176        Recorded in the Mortgage Division (504)592-9176

Instrument # _448953_          Instrument# _____

Book_____, Folio_____          Book_____, Folio_____

New Orleans, Louisiana          New Orleans, Louisiana

Date: _____ JAN 2 6 2010 _____          Date: _____

(exhibit-dgj-RBD-Cash Sale-Property—081487 USEDL-"1b")

CIVIL DISTRICT COURT
CONVEYANCE OFFICE

HON. DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT and EX-OFFICO RE
C

------------------------------------------

DATE: 1/26/2010 3:39:47 PM
CASHIER: INPUTCNGO  REGISTER #: CONVEY300
CUSTOMER RECEIPT#: 125201

------------------------------------------

| NUM | TYPE | PRICE |
|-----|------|-------|
| 448954 | SALE | .........$38.00 |
| 448953 | SALE | .........$38.00 |
| 448952 | AGREEMENT.........$30.00 |  |
|  | TAX.........$0.00 |  |

------------------------------------------

GRAND TOTAL:  $106.00

AMT RECEIVED: $106.00

CHANGE DUE:  $0.00
------------------------------------------
PAYMENT / TRANSACTION LIST
------------------------------------------
| Check | | 2011 | | $106.00 |

NOTARIAL ARCHIVES DIVISION
1340 POYDRAS ST., SUITE 300
NEW ORLEANS, LA 70112
(504) 568-8577, EXT 0
Deputy: LBUSH
Workstation: CASH01

ISSUED TO: DONALD JONES

RECEIPT #  4230
DATE     01/26/2010  03:25:05 PM

| ITEM # | NA # | FEE |
|--------|------|-----|
| 1) Agree | 2010-04051 | 45.00 |
| 2) S DTT | 2010-04052 | 30.00 Billed  325.00 |
| 3) S DTT | 2010-04053 | 30.00 Billed  325.00 |

Total Due to Parish         105.00
Total Tax Billed            650.00

1) CHECK 2010                105.00

Total Amount Paid           105.00

YOU MUST PAY THE TAX AMOUNT
WITHIN 30 DAYS OF THIS RECEIPT

HON. DALE N. ATKINS
CLERK OF COURT AND
EX-OFFICIO RECORDER

(exhibit – dgi – RBD – Cash Sale – Property – 081487 USEDL – "(c")

## AGREEMENT TO ASSIGN A PERCENTAGE OF OWNERSHIP

### FOR CONSTRUCTION SERVICES PROVIDED IN INSURANCE CLAIM

**PARTIES:** REBECCA B. DUWELL

DONALD G. JONES d.b.a. YUR CONSTRUCTION CO., INC.

**PROPERTY:** 6401-03 Gen. Meyer Ave.-New Orleans, La. 70130

**AGREEMENT**

I Rebecca B. Duwell agree to assign 5% ownership in my interest in my property located at 6401-03 Gen. Meyer Ave.-New Orleans, La. 70130 to Donald G. Jones owner of Yur Construction CO., Inc. The purpose of this 5% assignment of ownership interest is to secure the payment due to Donald Jones for repairing my property which was damaged on, or about April 4, 2007.

Upon payment of $86,000.00 to Donald Jones from the insurance check which was purchased by Parish National Bank to repair the property, this assignment shall be considered paid, and full, and the ownership interest shall be deemed null, and void.

_____
Rebecca B. Duwell

Date: 4-5 2007

State OF Georgia
County OF Fayette
Notary: Tara Ramarran
Commission Expires _____
MY COMMISSION EXPIRES JULY 10, 2011

_____
Donald G. Jones

Date: 4-5 2007

Witness: Ian N Duwell
Print: Ian N Duwell

Witness: Khadija R. Jones
Print: Khadija R Jones

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-04051 DT 01/26/10
TYPE AGREE FEE $45.00 PG 2

( exhibit -dg- RDD-Cash Sale- Property - 08148743SEDL "d" )

**LEGAL DESCRIPTION TO ASSIGNMENT & CASH AGREEMENT**

Attachment -RDD"7"  4-5-07

**ONE CERTAIN PIECE OR PORTION OF GROUND**, together with all the buildings and improvements thereon, all rights, ways, servitudes, privileges, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the State Of Louisiana, Parish of Orleans, **FIFTH MUNICIPAL DISTRICT of the Parish of Orleans, in that part thereof known as SQUARE NO. 1, PUISSAN SUBDIVISION, WHICH SQUARE IS BOUNDED BY Sullen Place**, Gen. Meyer Avenue, LaCoste Subdivision and Isadore Street **designated as LOT-1O-A on a plan of resubdivision of a portion of Lot 8, all of Lot 9 and a portion of Lot 10 into Lot 10-A dated November 26, 2003, by Gilbert Kelly & Coutourie , Inc. C. E. is described as follows, to-wit:**

**LOT 10-A** forms the corner and begins at the point of intersection of the northerly right of way line of Isadore Street and the easterly right of way line of Sullen Place, the point of beginning, thence in a northeasterly direction along the easterly right of way line of Sullen Place, a distance of 129.98 feet to its point of intersection with the southerly right of way line of Gen. Meyer Avenue; thence in a southeasterly direction along the southerly right of way line of Gen. Meyer Avenue, a distance of 134.14 feet to a point; thence in a southwesterly direction through an exterior angle of 69 degrees 48 minutes 20 seconds a distance of 83.67 feet to a point on the northerly right of way line of Isadore Street; thence at an angle of 90 degrees in a northwesterly direction of 125.89 feet to a point; the point of beginning. Lot 10-A contains 13,488.2 square feet.

( exhibit – dgj – RBD – Cash Sale – Property – 081487 WSEDL – "le" )

STAMPED COPY *** STAMPED CO
NA 9: 10-04051 INST. #: 4489
TYPE: AGREEMENT
AMT: $30.00
DATE: 1/26/2010 3:39:24 PM
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

(exhibit-dgj- IND-Cash Sale-Property-081487 WSEDL-"1")

**FROM THE DESK OF DONALD G. JONES**

**302 PLANTATION CIRCLE**

**FAYETTEVILLE, GA. 30214**

**504-339-8052**

email-jonesdnjhnsn@aol.com

January 25, 2010

**Honorable Clerk of Court Offices of Mortgage-Notarial Archives-Conveyance**

**1340 Poydras St.- Suite 400**

**New Orleans, La. 70112**

Re:     **Recordation of Cash Sale of Property**

Subject:         **Explanation of Documents Attached**

Dear Hon. Clerk Of Court:

I am writing this short letter to serve as my official explanation of the attached documents, and the filing of them. I have included for recording the following.

THE PROPERTY BELONGS TO 3 OWNERS-REBECCA B. DUWELL-IAN N. DUWELL & ASIA V. DUWELL-EACH HAS SOLD A PERCENTAGE OF THEIR OWNERSHIP IN THE PROPERTY TO MYSELF, namely; DONALD G. JONES.

1)      **Cash Sale dated April 5, 2007 from Rebecca B. Duwell to Donald G. Jones ( please convert over to 8 ½ x 14 sheets ) This was the only original I had, and I did not want to disturb it's integrity.**

2)      **Legal Description to Rebecca B. Duwell's Cash/Assignment - Attachment RBD " 1 "**

3)      **Cash Sale/Assignment of Ownership Ian N. Duwell dated January 19, 2010 Exhibit " A " Legal Description-Attachments "EXHIBIT IND/DGJ "**

4)      **Cash Sale/Assignment of Ownership Asia V. Duwell dated January 22, 2010 and Legal Description " EXHIBIT AVD/DGJ "**

Please record these documents, and call me with the amount you are charging for them, as I have sent my personal check " blank " , for you to complete. Please call me if there are any problems 504-339-8052.

Sincerely ad Cooperatively Yours,

DONALD G. JONES

(exhibit-dgj - IND- Cash Sale - Property-081487 USEDL
"la")

# RECEIPT FOR FILING

## Dale N. Atkins
## Clerk of Court and Ex-Officio Recorder

### For the Parish of Orleans, State of Louisiana
### 1340 Poydras Street, Suite 500
### New Orleans, LA, 70112
### Telephone: (504) 568-8577

Filed By: _Donald Jones_

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-04052  DT 01/26/10
TYPE: S FEE: $30.00 PG: 2

Notary Public who Passed Act: _____

Instrument Filed: _Dale_ _____

_____

_____

**Registered in Conveyance Division (504)592-9170**

Instrument # _448954_

Book_____, Folio_____

New Orleans, Louisiana

Date: _____JAN 2 0 2010_____

**Recorded in the Mortgage Division (504)592-9176**

Instrument#_____

Book_____, Folio_____

New Orleans, Louisiana

Date: _____

(exhibit dgj—IND—Cash Sale—Property—081487USEDL " 1b ")

## ASSIGNMENT OF 15% OWNERSHIP AND CASH SALES AGREEMENT

**STATE OF GEORGIA**

**COUNTY OF FAYETTE**

**PARTIES:**     IAN N. DUWELL – OWNER/SELLOR
110 KETTERING TRACE
TYRONE, GA. 30290

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-04052  DT 01/26/10
TYPE  S FEE  $30.00 PG  2

DONALD G. JONES-PURCHASER
302 PLANTATION CIRCLE
FAYETTEVILLE, GA. 30214

**PROPERTY:**   6401-A,B,C, & 6403 D,E,F,G, & H GEN. MEYER AVE.-N.O., LA. 70131

(formerly 2800 Sullen Place-N.O., La. 70131 see attached legal description-Exhibit " IND/DGJ )

### ASSIGNMENT & MORTAGE AGREEMENT

I Ian N. Duwell last Four of SS XXX-XX-7923 being of full majority, and having not been married,

residing at 110 Kettering Trace, Tyrone, Ga. 30290, and a 1/3 owner of the Properties located at

6401-A,B,C & 6403-D,E,F,G, & H Gen. Meyer Ave. N. O., La. 70131 ( formerly 2800 Sullen Place-

N.O., La. 70131-see attached Legal Description-Exhibit " IND/DGJ "), do hereby sell A 15%

OWNERSHIP IN MY Property to Donald G. Jones residing at 302 Plantation Circle-Riverdale, Ga.

30296.

I Donald G. Jones last Four of SS XXX-XX-2722 being of full majority hereby agree to purchase a

15% interest in the above referenced properties from Ian N. Duwell for the Cash consideration of

$12,000.00 , having been received, and given in good faith, do hereby accept all rights, ways,

privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining

to the above referenced properties.

I Ian N. Duwell hereby sell to Donald G. Jones a 15% interest in my properties listed above, to enjoy

all of my rights which the laws of the United States allows him to enjoy as a property owner.

Accepted: _Ian N Duwell_                    Accepted: _Donald H. Jones_ 1-19-2010

**Print:** _Ian N. Duwell_                       Owner: Ian N. Duwell          Purchaser: Donald G. Jones

**STATE OF GEORGIA**                            **Print:** _Donald G. Jones_

**COUNTY OF FAYETTE**                           Witness: _Rebecca B Duwell_

**NOTARY:** _Joura Ramraran_                    Witness: _Khadga R Jones_

**DATE:** _01-19-10_

**COMMISSION EXPIRES:** _____        MY COMMISSION EXPIRES
JULY 10, 2011

Page-1- IND/DGJ/6401-DGJM

(exhibit-dgj- IND-Cash Sale- Property-081487 USEDL "12")

## ASSIGNEMENT OF 15% OWNERSHIP AND CASH SALES AGREEMENT

**STATE OF GEORGIA**

**COUNTY OF FAYETTE**

PARTIES:    IAN N. DUWELL – OWNER/SELLOR
110 KETTERING TRACE
TYRONE, GA. 30290

DONALD G. JONES-PURCHASER
302 PLANTATION CIRCLE
FAYETTEVILLE, GA. 30214

PROPERTY:   6401-A,B,C, & 6403 D,E,F,G, & H GEN. MEYER AVE.-N.O., LA. 70131

(formerly 2800 Sullen Place-N.O., La. 70131 see attached legal description-Exhibit " IND/DGJ )

### LEGAL DESCRIPTION TO ASSIGNMENT & MORTGAGE AGREEMENT
### Exhibit " IND/DGJ "

ONE CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, all rights, ways, servitudes, privileges, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the State Of Louisiana, Parish of Orleans, FIFTH MUNICIPAL DISTRICT of the Parish of Orleans, in that part thereof known as SQUARE NO. 1, PUISSAN SUBDIVISION, WHICH SQUARE IS BOUNDED BY Sullen Place, Gen. Meyer Avenue, LaCoste Subdivision and Isadore Street designated as LOT-10-A on a plan of resubdivision of a portion of Lot 8, all of Lot 9 and a portion of Lot 10 into Lot 10-A dated November 26, 2003, by Gilbert Kelly & Coutourie , Inc. C. E. is described as follows, to-wit:

LOT 10-A forms the corner and begins at the point of intersection of the northerly right of way line of Isadore Street and the easterly right of way line of Sullen Place, the point of beginning, thence in a northeasterly direction along the easterly right of way line of Sullen Place, a distance of 129.98 feet to its point of intersection with the southerly right of way line of Gen. Meyer Avenue; thence in a southeasterly direction along the southerly right of way line of Gen. Meyer Avenue, a distance of 134.14 feet to a point; thence in a southwesterly direction through an exterior angle of 69 degrees 48 minutes 20 seconds a distance of 83.67 feet to a point on the northerly right of way line of Isadore Street; thence at an angle of 90 degrees in a northwesterly direction of 125.89 feet to a point; the point of beginning. Lot 10-A contains 13,488.2 square feet.

Initial _IND_   Initial _DGJ_          Page-3- Mortass/6401-03GM

(exhibit-dgj-IND-Cash Sale-Property-081487 USEDL "1d")

STAMPED COPY *** STAMPED COPY
NO ## 10-04002 INST. ## [illegible]
TYPE: SALE

AMT: $38.00
DATE: 1/22/2010 [illegible] PM
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

( Exhibit - AVD - Cash Sale - Property - 081427 USEDL - " 1 " )

**FROM THE DESK OF DONALD G. JONES**

**302 PLANTATION CIRCLE**

**FAYETTEVILLE, GA. 30214**

**504-339-8052**

email-jonesdnjhnsn@aol.com

JAN 28 2010

January 25, 2010

**Honorable Clerk of Court Offices of Mortgage-Notarial Archives-Conveyance**

**1340 Poydras St.- Suite 400**

**New Orleans, La. 70112**

Re:      Recordation of Cash Sale of Property

Subject:      **Explanation of Documents Attached**

Dear Hon. Clerk Of Court:

I am writing this short letter to serve as my official explanation of the attached documents, and the filing of them. I have included for recording the following.

THE PROPERTY BELONGS TO 3 OWNERS-REBECCA B. DUWELL-IAN N. DUWELL & ASIA V. DUWELL-EACH HAS SOLD A PERCENTAGE OF THEIR OWNERSHIP IN THE PROPERTY TO MYSELF, namely; DONALD G. JONES.

1)      **Cash Sale dated April 5, 2007 from Rebecca B. Duwell to Donald G. Jones ( please convert over to 8 ½ x 14 sheets ) This was the only original I had, and I did not want to disturb it's integrity.**

2)      **Legal Description to Rebecca B. Duwell's Cash/Assignment - Attachment RBD " 1 "**

3)      **Cash Sale/Assignment of Ownership Ian N. Duwell dated January 19, 2010 Exhibit " A " Legal Description-Attachments "EXHIBIT IND/DGJ "**

4)      **Cash Sale/Assignment of  Ownership Asia V. Duwell dated January 22, 2010 and Legal Description " EXHIBIT AVD/DGJ "**

Please record these documents, and call me with the amount you are charging for them, as I have sent my personal check " blank " , for you to complete. Please call me if there are any problems 504-339-8052.

Sincerely ad Cooperatively Yours,

Donald G. Jones

DONALD G. JONES

(exhibit "agt" AND Cash Sale Property - see "Ag" Used - "Iq")

# RECEIPT FOR FILING

## Dale N. Atkins
### Clerk of Court and Ex-Officio Recorder

### For the Parish of Orleans, State of Louisiana
### 1340 Poydras Street, Suite 500
### New Orleans, LA, 70112
### Telephone: (504) 568-8577

**Filed By:** _Donald Jones_

**Notary Public who Passed Act:** _____

**Instrument Filed:** _Dale_ _____

```
NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-04053  DT 01/26/10
TYPE  S FEE  $30.00 PG  2
```

---

**Registered in Conveyance Division (504)592-9170**

Instrument # 448955 _____

Book_____, Folio_____

New Orleans, Louisiana

Date: _____ JAN 2 6 2010 _____

**Recorded in the Mortgage Division (504)592-9176**

Instrument#_____

Book_____, Folio_____

New Orleans, Louisiana

Date: _____

( exhibit- dgj- AVD- Cash Sale -Property- 081487WSEDL- "1b")

## ASSIGNMENT OF 10% OWNERSHIP AND CASH SALES AGREEMENT

**STATE OF GEORGIA**

**COUNTY OF FAYETTE**

**PARTIES:**   ASIA V. DUWELL – OWNER/SELLOR
110 KETTERING TRACE
TYRONE, GA. 30290

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-04053  DT 01/26/10
TYPE  S FEE  $30.00 PG  2

DONALD G. JONES-PURCHASER
302 PLANTATION CIRCLE
FAYETTEVILLE, GA. 30214

**PROPERTY:**   6401-A,B,C, & 6403 D,E,F,G, & H GEN. MEYER AVE.-N.O., LA. 70131

(formerly 2800 Sullen Place-N.O., La. 70131 see attached legal description-Exhibit " IND/DGJ )

### ASSIGNMENT & CASH AGREEMENT

I ASIA V. DUWELL last Four of SS XXX-XX-4566 being of full majority, and having not been married, residing at 110 Kettering Trace, Tyrone, Ga. 30290, and a 1/3 owner of the Properties located at 6401-A,B,C & 6403-D,E,F,G, & H Gen. Meyer Ave. N. O., La. 70131 ( formerly 2800 Sullen Place-N.O., La. 70131-see attached Legal Description-Exhibit " IND/DGJ "), do hereby sell A 10% OWNERSHIP IN MY Property to Donald G. Jones residing at 302 Plantation Circle-Riverdale, Ga. 30296.

I Donald G. Jones last Four of SS XXX-XX-2722 being of full majority hereby agree to purchase a 10% interest in the above referenced properties from ASIA V. DUWELL for the Cash consideration of $1,000.00 , having been received, and given in good faith, do hereby accept all rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining to the above referenced properties.

I ASIA V. DUWELL hereby sell to Donald G. Jones a 10% interest in my properties listed above, to enjoy all of my rights which the laws of the United States allows him to enjoy as a property owner.

I further assign a 10% ownership right to Donald G. Jones to clear up any Title issues, legal matters which have prohibited me from enjoying my rights as a Property Owner in the above referenced Properties.

Accepted: _Asia V. Duwell_ /10%  Accepted: _Donald G. Jones_ 1-22-10

Owner: ASIA V. DUWELL                    Purchaser: Donald G. Jones

Print: _Asia V. Duwell_ 1-22-2010  Print: _Donald G. Jones_ 1-22-10

WITNESS: _Rebecca B Duwell_      WITNESS: _Ian N Duwell_

PRINT: _Rebecca B Duwell_        PRINT: _Ian N Duwell_

**STATE OF GEORGIA**

**COUNTY OF FAYETTE**

NOTARY: _Taia Ramsaur_

DATE: _01-25-10_

COMMISSION EXPIRES: _____   MY COMMISSION
EXPIRES
JULY 10, 2011

Page-1- CASH/SALE/ASIA/6401-03GM

(exhibit-dgj- AVD-Cash Sale-Property-08148TUSEDL- "1c")

## ASSIGNMENT OF 10% OWNERSHIP AND CASH SALES AGREEMENT

**STATE OF GEORGIA**

**COUNTY OF FAYETTE**

PARTIES:    **ASIA V. DUWELL – OWNER/SELLOR**
            **110 KETTERING TRACE**
            **TYRONE, GA. 30290**

            **DONALD G. JONES-PURCHASER**
            **302 PLANTATION CIRCLE**
            **FAYETTEVILLE, GA. 30214**

PROPERTY:  **6401-A,B,C, & 6403 D,E,F,G, & H GEN. MEYER AVE.-N.O., LA. 70131**

           **(formerly 2800 Sullen Place-N.O., La. 70131 see attached legal description-Exhibit " IND/DGJ )**

### LEGAL DESCRIPTION TO ASSIGNMENT & CASH AGREEMENT
**" Exhibit AVD/DGJ "**

ONE CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, all rights, ways, servitudes, privileges, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the State Of Louisiana, Parish of Orleans, FIFTH MUNICIPAL DISTRICT of the Parish of Orleans, in that part thereof known as SQUARE NO. 1, PUISSAN SUBDIVISION, WHICH SQUARE IS BOUNDED BY Sullen Place, Gen. Meyer Avenue, LaCoste Subdivision and Isadore Street designated as LOT-10-A on a plan of resubdivision of a portion of Lot 8, all of Lot 9 and a portion of Lot 10 into Lot 10-A dated November 26, 2003, by Gilbert Kelly & Coutourie , Inc. C. E. is described as follows, to-wit:

LOT 10-A forms the corner and begins at the point of intersection of the northerly right of way line of Isadore Street and the easterly right of way line of Sullen Place, the point of beginning, thence in a northeasterly direction along the easterly right of way line of Sullen Place, a distance of 129.98 feet to its point of intersection with the southerly right of way line of Gen. Meyer Avenue; thence in a southeasterly direction along the southerly right of way line of Gen. Meyer Avenue, a distance of 134.14 feet to a point; thence in a southwesterly direction through an exterior angle of 69 degrees 48 minutes 20 seconds a distance of 83.67 feet to a point on the northerly right of way line of Isadore Street; thence at an angle of 90 degrees in a northwesterly direction of 125.89 feet to a point; the point of beginning. Lot 10-A contains 13,488.2 square feet.

Initial AVD    Initial DGJ          Page-2- CASH/SALE/ASIA/6401-03GM

( exhibit - dgj - AND - Cash Sale - Property - 081487 USEDL - "1d")

STAMPED COPY *** STAMPED COPY
NA #: 10-04051 INST. #: 448952
TYPE: AGREEMENT
AMT: $30.00
DATE: 1/26/2010 3:39:26 PM
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

(exhibit - dqj - duwell - poa - "1")

| | | |
|---|---|---|
| NO. | * | UNITED STATES OF AMERICA |
| | * | STATE OF |
| P R O C U R A T I O N | * | COUNTY OF |
| -- BY -- | * | BY THIS INSTRUMENT OF |
| REBECCA BARNETT DUWELL | * | PROCURATION, BE IT KNOWN |
| | * | that on this **6th** |
| --TO-- | * | day of the Month of March |
| DONALD JONES | * | in the year of our Lord Two |
| | * | Thousand and Four and of the |

* * * * * * * * * * * * * *

Independence of the United States of America, the Two Hundred and

Twenty-Seventh,

**BEFORE ME,**

a Notary Public, duly commissioned and qualified, in and for the

County of __Coweta__ and the State of ~~Louisiana~~ Georgia, therein residing:

**PERSONALLY CAME AND APPEARED,**

**REBECCA BARNETT DUWELL**, a person of the full age of
majority and resident of the County of Fayette, State of
Georgia, who declared under oath unto me, Notary, that
she has been married but once and then to **STEPHEN DUWELL**,
from whom she was divorced; and, that she has not since
married.

MAILING ADDRESS: 302 Plantation Circle
Riverdale, Ga, 30296

who declared that she had made and appointed, and she does by these

presents make, nominate, ordain, authorize, constitute and appoint,

and in her place and stead, depute and put

**DONALD JONES**, a person of the full age of majority and
resident of the Parish of Orleans, State of Louisiana

MAILING ADDRESS: 4631 Annette St.
N.O., La. 70122

to be her true and lawful Attorney-in-Fact, general and special,

giving, and by these presents granting unto the said Attorney full

Attachment "4"

DRD

power and authority for her and in her name and behalf , and to her

use ; to conduct , manage and transact all and singular her affairs ,

business and concerns she has of whatever nature or kind , without

any exception or reservation whatsoever ; to open all letters or

correspondence addressed to her and to answer the same ;to make

and endorse promissory notes in the name of REBECCA BARNETT

DUWELL and draw , endorse and accept bills of exchange ; to deposit

drafts , bills of exchange , acceptances and promissory notes or other

obligations , for collection in any Bank or Banks ;and withdraw the same

or the amount thereof , by check ( checks shall be endorsed by REBECCA

BARNETT DUWELL ) , or otherwise ; to sell and transfer alll or any shares

of the capital stock of any Bank or Banks , or other corporate body or bodies,

owned by the said REBECCA BARNETT DUWELL and to make and give

any notes , which may be necessary from time to time for the renewal of

the same ; to attend all or any meetings of creditors wherein the said

REBECCA BARNETT DUWELL may be interested, and vote in her name

on all questions and that may be submitted to such meeting , to attend all

or any meetings of the stockholders of any Bank or banks , or other corporate

body or bodies , wherein the said REBECCA BARNETT DUWELL may be

interested and vote in the name of REBECCA BARNETT DUWELL on

all questions and cases that shall or may be submitted at such meeting , to

borrow money from any Bank or Banks , or other moneyed institution

or institutions on the Notes or obligations of the said REBECCA BARNETT

DUWELL drawn by REBECCA BARNETT DUWELL or by her designated

power of attorney or those of others which shall or may come into the hands of

the said designated power of attorney for the use of the said REBECCA BARNETT

DUWELL and make other notes or obligations from time to time for the renewal

of all such or any part or parts thereof ; to sell , transfer and convey or to mortgage

and effect all or any part or parts of the real , personal or mixed estate of the said

REBECCA BARNETT DUWELL and to receive the price thereof , also to purchase

real , personal or mixed estate in the name of said REBECCA BARNETT DUWELL on

such terms and conditions as

RRD

the said attorney shall think fit, and to lease, let or hire all or any part of the real estate belonging to the said REBECCA BARNETT DUWELL and receive and receipt for the rent and wages thereof as the same shall fall due, and for the full execution of the purposes aforesaid, to make, sign and execute in the name of the said REBECCA BARNETT DUWELL all acts, whether of sale, mortgage, lease, release, contract, compromise, covenant, deed, agreement or otherwise, that shall or may be requisite or necessary, and bind the said REBECCA BARNETT DUWELL thereby as firmly as if the same were or had been her own proper acts and deeds; to sign all bonds or other acts required by the Revenue Department at the Custom House of this District, or elsewhere, and do all Custom House business whatsoever; to receive and attend to all shipments or consignments of produce, Goods, wares or Merchandise, that shall or may be made to her either for her own account and risk, or that of others, and to pursue the instructions of the owners, shippers, or others interested therein, relative thereto; to receive and acknowledge notices of Protest of all or any Bills, Drafts or Promissory Notes, to which the said REBECCA BARNETT DUWELL may be a party, and to act for the said REBECCA BARNETT DUWELL and be her substitute in all cases wherein she may be appointed the Agents or Attorneys of others; and to ask, demand, have, take, and by all lawful ways and means recover and receive of and from all and every person and persons, whomsoever, body or bodies corporate, all and every such sum or sums of money, goods, debts, property and effects whatsoever, as now is, or are or may hereafter be in his, or her or their custody or possession, due, owing, coming or belonging to her the said REBECCA BARNETT DUWELL whether by bonds, bill, note, book-debt, account, consignment, bequest, or for and by what other reason or means soever; and to that end with whom it may concern, to adjust and settle all accounts, and upon recovery and receipt in the premises to make and give good and sufficient discharge and acquittances; to appear before all Courts of law and equity, there to do, prosecute and defend as occasion shall require, or to compromise, compound and agree in the premises, by arbitration or

3

otherwise , as the said designated power of attorney shall in His discretion think fit ; also to apply for and obtain all and any attachments, sequestrations , injunctions and appeals , give the requisite security and sign the Necessary Bonds.

And generally to do and perform all and every other act ,matter and thing whatsoever , as shall or may be requisite and necessary , touching or concerning the affairs , business , and concerns of the said REBECCA BARNETT DUWELL as fully , amply and effectually , and to all intents and purposes with the same validity , as if all and every such act , matter or thing , were or had been particularly stated , expressed , and especially provided for , or as she the said REBECCA BARNETT DUWELL could or might do if personally present ; also with full power Of substitution and revocation ; and the said REBECCA BARNETT DUWELL does hereby agree to ratify and confirm all and whatsoever the said designated power of attorney shall lawfully do or cause to be done by virtue of this act of procuration.

REBECCA BARNETT DUWELL SHALL HAVE THE SOLE RIGH T TO REVOKE THIS POWER OF ATTORNEY after FIFTEEN days written notice has been given to MR. DONALD JONES , and the RECORDER OF MORTGAGES where this POWER OF ATTORNEY is recorded.

THUS DONE AND PASSED , at Fayetteville , Georgia , aforesaid , the day and year aforesaid , in the presence of the undersigned witnesses of lawful age, who hereunto sign their name as such , with The said constituent REBECCA BARNETT DUWELL and me the said Notary .

WITNESSES:

_Thomas Anderson_

_Jeff Crin_

DATE: 3-6-04

COUNTY: Coweta

_Rebecca Barnett Duwell_
REBECCA BARNETT DUWELL

_Donald Jones_
DONALD JONES

_Robert L. Blakely_
NOTARY PUBLIC        STATE: Georgia

ROBERT L. BLAKELY
NOTARY PUBLIC
COWETA COUNTY, GEORGIA

**( EXHIBIT-DGJ-SANCTIONS GAFFNEY-FINN-PARISH-WHITNEY- " 1 " )**

From The Desk Of Donald Jones
302 Plantation Circle
Riverdale, Ga. 30214
504-339-8052

November 15, 2009

State Bar Of Georgia
Disciplinary Board
104 Marietta St. N W-Suite 100
Atlanta, Ga. 30303
404-527-8700-Office
404-527-8717-Fax

Re:       **La. Attorneys Admitted Pro Hac Vice**- Mr. J. Patrick Gaffney ( La.01893 ) - Mr. William T. Finn

                & Mrs. Lacrecia G. Cade ( Ga. 101595 ) Roy Blossman ( La. 16813 ) of The Law firm of Carver,

                Darden, Koretzy, Tessier, Finn, Blossman & Areaux, LLC

                1100 Poydras St.-Suite 3100-New Orleans, La. 70163


                **Ga. Attorney Sponsoring Above Attorneys** in Case Docket NO. 09-11886-D-U. S. 11th Circuit

                Court Of Appeals – Ilene W. Berman, Esq. ( Ga. #054930 ).- Taylor, English, Duma, LLP

                1600 Parkwood Circle _ Suite 400 Atlanta, Ga. 30339


SUBJECT:      *Official Complaint for Numerous Violations of Rules Of State Bar Of Georgia- Code of*

                    *Professional Conduct & Ethical Behavior-which require Rule 4-102 ( a ) thru ( c ) ( 2 )*

**Dear State Bar Of Georgia:**

I am writing this letter to serve as my Official Complaint which requires Immediate implementation of
Rules 4-102 ( a ) thru ( c ) ( 2 ) regarding the above attorneys, whom are representing a client namely;
Whitney National Bank of New Orleans, La. in Appeal No. 08-11886-D-Hon. U. S. 11th Circuit Court Of
Appeals ( formerly Case Docket No. 1-08-cv-2826-USNDG-CAP Anti Trust and Monopoles, etc. federal
violations ).

I am a Plaintiff in the above referenced litigations, and as such have the lawful right to make this
Complaint, and respectfully request your Disciplinary Board act expeditiously, prudently, and objectively
in assessing the facts, as presented in this letter, and attached exhibits. We our present legal system in a
very questionable Public Integrity Crisis, it is incumbent upon the Honorable State Bar Of Georgia to
restore some sense of Public confidence in the Oversight Board which are authorized to Police their

Members all in the interest of Public Integrity, and more importantly to Protect, and preserve the Sanctity of Our United States Constitution, as well as all State Constitutions, when dealing with Private Attorneys, *whom are pledged to be Officers of The Courts First, and far most.*

I shall outline the various actions which have given rise to this Official Complaint individually, and at some time collectively.

### *J. PATRICK GAFFNEY & WILLIAM T. FINN- LACRECIA G. CADE-*

### *ASSOCIATE GEORGIA ATTORNEY-ROY BLOSSMAN AS SENIOR PARTNER*

Defendants J. Patrick Gaffney, William T. Finn, Roy Blossman , Lacrecia Cade, Harold Koretzky, Frank A. Tessier, M. Hampton Carver, M. Taylor Darden, et al , all the Law Firm of Carver Darden Koretzky Tessier, were sent a request by Plaintiff Jones in regards to a Proposed Settlement offer to be given to their Client, namely; Whitney National Bank ( formerly Parish National Bank )an amicable Settlement via email on 4-16-2009, please see attached ( exhibit-dgj/mot/add/evi/gaffney/finn-1 ).

Plaintiff Jones respectfully requested that these Officers of the Court, present this amicable Settlement Offer to their Client, and have their clients, namely; Whitney National Bank to either decline, accept in whole, or in part , Jones offer to Settle these matters ( Case Docket No.08-1487 USEDL-Case Docket No. 1-08-cv-2826 USNDG – Case Docket No. 08-31244 U.S. 5th Circuit Court Of Appeals , etc.)

On April 20, 2009 Defendants referenced above, sent to Jones a VERY, VERY, VERY DAMAGING EMAIL which validates that these attorneys have not been acting in Good Faith, and quite frankly have not been sending any Amicable Offers to resolve these matters to their clients, namely; Whitney National Bank, et al.

The email states, and I Quote "
Pat:

Let's give him ( meaning Plaintiff Jones ) a rejection in writing from Whitney ( perhaps signed by Denise Brown )

It is obvious these attorneys have violated the Most Sacred trust an attorney is sworn to uphold, Disclosure to their client, as well as acting in Good Faith to resolve a matter, without withholding documents from his *client, as well as the Court which could save the Court time, and precious taxpayer funds.*

Page-2-dgj/sbg/complaint/jpg/wtf/lgc/rb/iwb

The defendants of Carver, Darden et al Law firm has additionally in the past, provided documents into the court records, both federal as well as state courts which were fraudulent, and a continuation of their Illegal *Acts of Assignments, which has tied up plaintiff Jones Commercial Properties* from opening in the aftermath of hurricanes Katrina, and Rita.

Carver, Darden et al Law Firm has resisted ( with the aide of their law partner Lacrecia G. Cade – a direct relative of presiding Judge Herbert C. Cade- Case Docket NO. 07-0286 ) in an attempt to take an *unmarketable Title, Marketable ( with the help of Attorney Harry E. Kuhner-Attorney* for Commonwealth Land Title Insurance Company, et al ).

The defendants of Carver, Darden, et al has never produced for Plaintiff Jones [ Power Of Attorney for Rebecca Duwell ] (co-owner of the property located at 6401-03 Gen. Meyer Ave.-New Orleans, La. 70131) *the alleged check ( for $682,500.00 from Commonwealth Land Title Insurance Company )* that they received to consummate their Unlawful Assignment, with Harry E. Kuhner & Commonwealth Land Title Insurance Company, et al , ( see exhibit-dgj/ss/dis-1thru 1d & exhibit-dgj/ss/dis-2 thru 2 c ).

The defendants of Carver, Darden, et al have concertedly unlawfully seized, and sold back to themselves ( their clients ) precious Mineral rights Land, which were unlawfully taken from the victims of hurricanes Katrina, and Rita in Groves. Congress provided it's Federal Intents to Protect the citizens of  Louisiana , whom were taken away from our homes by the federal Government in response to the natural disaster of hurricanes Katrina, an Rita.

## COMPLAINT NO. 2-LACRECIA CADE-ILENE W. BERMAN

**ON OR ABOUT MAY 14, 2009 attorneys for Whitney National Bank mis-used their licenses, and their Pro Hac Vice status to present pleadings against plaintiff Jones, which had nothing what so ever *to do with their Client, namely; Whitney National Bank.* Jones filed an appeal of a particular ruling which was for a Temporary Restraining Order, Permanent Injunction, etc. against defendants " FIRST BANK & TRUST CO. only, and not one merit of the issue which was before the District Court, or the Appellate Court pertained to their client, namely; Whitney National Bank. The sole purpose of their filing was to cause further judicial harm to Jones rights to obtain a Federal restraining order, and Permanent Injunction against an Unlawful Seizure, and Sheriff Sale.**

**The State bars for Georgia, and Louisiana has never sanctioned any attorney mis-using their licenses to further their own personal, prejudicial, discriminatory, un-ethical, and more importantly Un-Professional behavior to interfere, or damage the opposing parties legal rights.**

The pleadings which were filed did not have any legal standing, nor did it indicate how their client, namely; Whitney National Bank was authorized to respond, or introduce any statements whatsoever, *in a matter which never mentioned Whitney National Bank.*

These attorneys began this type of behavior in Louisiana, and Jones forewarned the Judge of what to expect, and filed an opposition to their admission into Georgia to practice law. Nevertheless, they are here in Georgia, and as such are under the Police Powers of the Disciplinary Board for the State Bar Of Georgia. Jones respectfully request the Most Severest Penalties afforded under the State Bar of Georgia Disciplinary Rules For violations of the following, but not limited to:

## RULE 3.4-FAIRNESS TO OPPOSING PARTY AND PRO SE COUNSEL

*A lawyer shall not:*

( a )   unlawfully obstruct another party's access to evidence or unlawfully alter, destroy or conceal a document or other material having potential evidentiary value. A lawyer shall not counsel or assist another person to do any such act.

( b ) ( 1 ) falsify evidence;

( 2 )   counsel or assist a witness to testify falsely

## RULE 4.1 TRUTHFULNESS IN STATEMENTS TO OTHERS

In the course of representing a client a lawyer shall not knowingly:

( a )   make false statements of material fact or law to a third person; or

( b )   *fail to disclose a material fact to a third person when disclosures is necessary to avoid assisting a criminal or fraudulent act by a client, unless disclosure is prohibited by Rule 1.6*

## RULE 4.4 RESPECT FOR RIGHTS OF THIRD PERSONS

*In representing a client, a lawyer shall not use means that have no substantial purpose other than to embarrass, delay, or burden a third person, or use methods of obtaining evidence that violate legal rights of such a person.*

Page-4-dgj/sbg/complaint/jpg/wtf/lgc/rb/iwb

## RULE 5.2 RESPONSIBILITIES OF A SUBORDINATE LAWYER

**( a )**   *a lawyer is bound by the Georgia Rules of Professional Conduct* notwithstanding that the lawyer   acted at the directions of another person

## RULE 5.1-RESPONSIBILITIES OF A PARTNER OR SUPERVISORY

**( a )**   *A partner in a law firm shall make reasonable efforts to* ensure that the firm has in effect measures giving reasonable assurance that all lawyers in the firm conform to the Georgia Rules Of Professional Conduct.

**( b )**   A lawyer having direct supervisory authority over another lawyer hall make reasonable efforts to ensure that the other lawyer conforms to the Georgia Rules of Professional *Conduct.*

**( c )**   A lawyer shall be responsible for another lawyer's violation of the Georgia Rules of Professional Conduct if:

**( 1 )**   the partner or supervisory lawyer orders or, with knowledge of the specific conduct, ratifies the conduct involved; or

**( 2 )**   the lawyer is a partner in the law firm in which the other lawyer practices or has direct supervisory authority over the other lawyer, and knows of the conduct at a *time when its consequences can be avoided or mitigated but fails to take reasonable* remedial action.

## VIOLATIONS OF OTHER RULES ETC.

I trust the Mission Statement of  Our Most Honorable State Bar Of Georgia is the Compass to which the matter can be resolved in the Public interest, as well as in My personal and business interests. Please contact me at 504-339-8052, or email me at                              if you need any further information in these regards.

**Thanking You In Advance!**

I remain Cooperatively and Respectfully Yours,

_Donald D. Jones " Pro Se"_

**DONALD G. JONES " PRO SE "**

Page-5-dgj/sbg/complaint/jpg/wtf/lgc/rb/iwb

( EXHIBIT-DGJ-SANCTIONS GAFFNEY-FINN-PARISH-WHITNEY- " 2 " )

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

**DONALD G. JONES et al**                           **CASE DOCKET NO: 1-08-CV-2826**

      **VS.**

**THE SHAW GROUP et al**

**LA. LAND TRUST ( formerly ROAD HOME CORPORATION )**

**K/B HOME-SHAW OF LOUISIANA LLC et al**

**LOUISIANA RECOVERY AUTHORITY ( LRA )**

**LA. DEPT. OF LABOR AND IT's CURRENT SECRETARY**

**LA. DEPT. OF ECONOMIC DEVELOPMENT AND IT'S CURRENT SECRETARY**

**J.P. MORGAN CHASE**      **WHITNEY NATIONAL BANK**

**REGIONS BANK**

**CAPITAL ONE BANK**

**GIBBS CONSTRUCTION CO., INC.**

**CARL E. WOODWARD, INC.**

**DEFENDANT X ( SEALED )**

---

**MOTION TO ADD ADDITIONAL EVIDENCE OF IN SUPPORT OF ANTI TRUST AND MONOPOLES DISCRIMINATION, ET AL CLAIMS AS WELL AS OFFICIAL  REQUEST FOR SANCTIONS FOR BEHAVIOR UNBECOMING OFFICERS OF THE COURT ( DEFENDANT's ATTORNEYS )**

---

NOW COMES INTO THIS HONORABLE U.S. DISTRICT COURT, PLAINTIFF, DONALD G.
JONES , appearing in " pro se form ", filing this Motion to Add additional Evidence in Support of Anti Trust
and Monopoles, Discrimination, et al Claims, as well as Official Request for sanctions against defendant's
attorneys for behavior unbecoming of Officer's Of The Court.

WHEREAS defendants attorney's for WHITNEY NATIONAL BANK, FIRST BANK & TRUST,
THE SHAW GROUP, et al, K B HOME/SHAW LLC, ET AL, CAPITAL ONE BANK, ET AL,
REGIONS BANK ET AL, WHITNEY NATIONAL BANK, GIBBS CONSTRUCTION CO., INC.,
CARL E. WOODWARD, INC. ETC., have displayed conduct unbecoming of Officers of The Court,
plaintiff request leave of this Honorable United States District Court for the Northern District Of
Georgia, to introduce additional evidence in Support of Plaintiff's Claims for federal relief as has
been stated in prior pleadings. Page-1-add/evi/sanc/dgj/atty/082826

## **SUCH ADDITIONAL EVIDENCE AGAINST DEFENDANTS INCLUDE,**
## **BUT NOT LIMITED TO:**

dgj/mot/add/2826-1)

Defendants J. Patrick Gaffney, William T. Finn, Roy Blossman , Lacrecia Cade, Harold Koretzky, Frank A. Tessier, M. Hampton Carver, M. Taylor Darden, et al , all the Law Firm of Carver Darden Koretzky Tessier, were sent a request by Plaintiff Jones in regards to a Proposed Settlement offer to be given to their Client, namely; Whitney National Bank ( formerly Parish National Bank )an amicable Settlement via email on 4-16-2009,  please see attached ( exhibit-dgj/mot/add/evi/gaffney/finn-1 ).

Plaintiff Jones respectfully requested that these Officers of the Court, present this amicable Settlement Offer to their Client, and have their clients, namely; Whitney National Bank to either decline, accept in whole, or in part , *Jones offer to Settle these matters ( Case Docket No.08-1487 USEDL-Case Docket No. 1-08-cv-2826 USNDG – Case Docket No. 08-31244 U.S. 5*th *Circuit Court Of Appeals , etc.)*

dgj/mot/add/2826-2)

*On April 20, 2009 Defendants referenced above, sent to Jones a* VERY, VERY, VERY *DAMAGING* EMAIL which validates that these attorneys have not been acting in Good Faith, and quite frankly have not been sending any Amicable Offers to resolve these matters to their clients, namely; Whitney National Bank, et al.

The email states, and I Quote "
Pat:

Let's give him ( meaning Plaintiff Jones ) a rejection in writing from Whitney ( perhaps signed by Denise Brown )

It is obvious these attorneys have violated the Most Sacred trust an attorney is sworn to uphold, Disclosure to their client, as well as acting in Good Faith to resolve a matter, without withholding documents from his client, as well as the Court which could save the Court time, and precious taxpayer funds.

**Page-2-add/evi/sanc/dgj/atty/082826**

dgj/mot/add/2826-3)

*The defendants of Carver, Darden et al Law firm has additionally in the past, provided documents into the* court records, both federal as well as state courts which were fraudulent, and a continuation of their Illegal Acts of Assignments, which has tied up plaintiff Jones Commercial Properties from opening in the aftermath of hurricanes Katrina, and Rita.

Carver, Darden et al Law Firm has resisted ( with the aide of their law partner Lacrecia G. Cade – a direct relative of presiding Judge Herbert C. Cade- Case Docket NO. 07-0286 ) in an attempt to take an unmarketable Title, Marketable ( with the help of Attorney Harry E. Kuhner-Attorney for Commonwealth Land Title Insurance Company, et al ).

dgj/mot/add/2826-4)

The defendants of Carver, Darden, et al has never produced for Plaintiff Jones [ Power Of Attorney for Rebecca Duwell ] (co-owner of the property located at 6401-03 Gen. Meyer Ave.-New Orleans, La. 70131) the alleged check that they received to consummate their Unlawful Assignment, with Harry E. Kuhner & Commonwealth Land Title Insurance Company, et al , ( see exhibit-dgj/ss/dis-1thru 1d & exhibit-dgj/ss/dis-2 thru 2 c ).

dgj/mot/add/2826-5)

*The defendants of Carver, Darden, et al have concertedly unlawfully seized, and sold back to themselves* ( their clients ) precious Mineral rights Land, which were unlawfully taken from the victims of hurricanes Katrina, and Rita in Groves. Congress provided it's Federal Intents to Protect the citizens of Louisiana , whom were taken away from our homes by the federal Government in response to the natural disaster of hurricanes Katrina, an Rita.

The Honorable United States District Court for the District of Columbia has always been the Primary Seat of all federal legislation, which effects the precious Constitutional rights of All citizens of these United States of America, and as such has full jurisdictional Power to address any grievances which are the fruits of these federal laws, which have enacted by Congress.

Page-3-add/evi/sanc/dgj/atty/082826

Carver, Darden, et al has, and still are misusing their rights as Officers of the United States District Court, and Appellate System by unlawfully, and illegally " depriving Plaintiff et al " the rights of Safe Haven, and *Restoration of Plaintiff et al's rights to Own, and Enjoy our properties without Unlawful Seizure, sale,* fraudulent legal pleadings, all with the Consent of the State Bar Associations whom have been noticed of these heinous acts by their members.

dgj/mot/add/2826-6)

This Honorable United States District Judge, will agree that the Country is in a National State Of Economic emergency, and as such will rely heavily upon the Legal Advice of the Legal Community in order to perfect laws, which are consistent with the Constitution of the United States Of America, most particularly Article I, Section9, Clause 7 which states:

" ***No Money shall be drawn from the treasury ( United States Treasury ), but in consequence of*** ***appropriations made by law***  "

The Country depends upon the Federal Police Powers of this Honorable United States District Court for the District Of Columbia, to be the Flagship to Exemplify, the 0 tolerance for not allowing it's First Line of *Defense , namely; the Attorneys to not uphold the rule of Law in the Most ethical manner possible.*

dgj/mot/add/2826-7)

*Plaintiff Jones has received similar responses from other attorneys, whom have not been forth coming to* their clients, and disclose the intents of Jones sincere efforts to resolve these matters in an amicable fashion.

Such has been the case with Defendants Mark C. Landry, Of Newman Mathis et al, his fellow attorneys of that firm, as well as Mr. J. Kenneth Ledoux. Mr. Landry et al, has taken the unlawful liberty of extorting *Escrowed funds from Plaintiff Jones escrowed agent ( approximately $184,576.00 cash exhibit -mot-tro-* dgj-fbt-1) without the consent of Jones, et al ( see exhibit-tro-dgj-fbt-13 thru 13 d & 5 attached ).

**Page-4-add/evi/sanc/dgj/atty/082826**

dgj/mot/add/2826-8)

*Plaintiff Jones has requested on numerous occasions that these attorneys remember they are Officers Of The Courts*, both federal as well as state courts, first and far most. Plaintiff Jones , and I am sure the hundreds of thousands of Katrina, and Rita victims have also been abused by these defendants. It is clear that all of the State Bar Associations incorporate the same set of ethical canons, and as such thee defendants are subject to the same set of  Lofty Standards as are stated in these Sacred trusts (please see exhibits dgj-fbt-css-cr-1a thru 1 I attached ).

dgj/mot/add/2826-9)

Plaintiff Jones again respectfully petitions this Honorable United States District Court For the Northern District of Georgia to immediately Certify this Civil Complaint as a Class Action Lawsuit to allow for additional Co-Plaintiffs to have their grievances acknowledged and addressed in the Spirit of the Full Faith And Credit of Our United States Constitution.

dgj/mot/add/2826-10)

Plaintiff Jones further request an immediate Class Action Certification of this Lawsuit to allow for the Defendants to be placed on Notice, that the Rules of Federal Civil Procedure apply, and as such they should *reframe from any future behavior which is prohibited by members of a Class Action Certification of* Defendants.

dgj/mot/add/2826-11)

**Plaintiff Jones on February 11, 2009, and again on April 16, 2009 sent to**  Defendant's Capital One Bank's attorneys Mr. Scott M. Ratchick, Mr. Scott Christopher, an amicable Settlement offer to be forwarded to their client, namely; Capital One Bank, and to have their client either accept, or refuse in whole , or in part Plaintiff Jones Settlement Offer ( see exhibit dgj-add-evi-sanctions- 1 thru 1b ).

Defendant Capital One Bank's attorneys, namely; Mr. Scott Ratchick refused to have his client acknowledge receipt of the Settlement Offer, and as such gives light to the " Appearance of  Impropriety ", and as such has displayed character unbecoming an Officer of the Court.

dgj/mot/add/2826-12)

*Plaintiff Jones Settlement Offer included an amicable request for Capital One Bank's Subdivision* Development Financing Arm participate in funding a One Of A kind Subdivision called, Charlesville A community Where The Blind Can See.

This Subdivision would provide homes, jobs, and Support facilities for the Visually Impaired, Blind, Homeless Veterans returning from the war in Iraq, homeless Civil servant workers, whom may have lost their entire retirements in the various Financial Markets which have collapsed, and has destroyed so many lives.

I find it hard to believe that Capital One Bank, whom have continued to assert it's defenses in the myriads of lawsuits filed by Jones, that they do not discriminate, and openly will invite any new, and worthy Community Reinvestment Act projects, such as this one for the Low Income, Homeless, and members of the Americans With Disability Act.

dgj/mot/add/2826-13)

The language in Defendant Capital One Bank's attorneys emails of April 16, 2009, and the earlier one sent back to me in March of 2009, gives clear indication that the attorneys are taking upon themselves, the liberty to deny any, and all proposed Settlement Offer, without allowing their clients to make prudent business, social, economic, philanthropic decisions, which can have a sound impact for all concerned.

I ask for sanctions against these attorneys, and I further request of this Honorable United States District Judge for the Northern District Of Georgia to begin the Federal Procedures of Settlement Conferences, or of pushing this matter to a Jury Pool.

dgj/mot/add/2826-14)

Plaintiff Jones sent a similar Settlement Offer to attorneys for Regions Bank, The Shaw Group, K B HOME, Jim Bernhard ( although these defendants have been placed in default ), Gibbs et al, Carl et al, The *State Defendants, as well as J. P. Morgan Chase, and they all came back with the same behavior which is* unbecoming Officers of the Court. ( exhibits-dgj-add-evi-sanctions- 1 thru 1e, 2 thru 2e, 3 thru 3a, 4 , 5 )

I incorporate the above federal complaints as stated above , and desire the same relief of Sanctions on these additional Officers of the Court.

**WHEREFORE PLAINTIFF respectfully request that this Honorable United States District Judge for the Northern District Of Georgia grant unto plaintiff the sanctions, as requested, such sanctions as this Honorable Court deem appropriate.**

**WHEREFORE PLAINTIFF respectfully request of this Honorable U. S. District Judge for the Northern District Of Georgia, grant unto plaintiff an Order directing the attorneys to Show Cause as to why they should not have complied with the request for authenticated denial of Plaintiff's Amicable Settlement Offer from the defendants clients, on the defendants stationary, with the appropriate Authority of the Defendants Bank,  Government Agency, or Construction Firm.**

**WHEREFORE PLAINTIFF respectfully request this Honorable U. S. District Judge for the Northern District Of Georgia, report these tactics which are unbecoming Officers of the Court, to *these attorneys respective State bar Associations, and such other Federal, and State Clerks of Court,* to which these attorneys have been Graciously allowed to practice law before, ask that the appropriate disciplinary actions be taken in these regards.**

**WHEREFORE PLAINTIFF respectfully request of this Honorable U. S. District Judge for the Northern District Of Georgia, that an Order be issued requesting Settlement Conferences be held, and/or at a minimum discovery, and depositions can begin, so as to move this Case towards a Jury Pool in the most expeditious manner.**

**WHEREFORE PLAINTIFF JONES again respectfully request of this Honorable U. S. District Judge for the Northern District Of Georgia grant unto Plaintiff the immediate Certification of this Civil Complaint as a Class Action Compliant for both the Co-Plaintiffs, as well as the Defendants in this Matter ( such certification of the defendants will preclude, if not eliminate their ability to continue in this Unlawful and Monopoles behavior )**

Wherefore Pro Se Plaintiff prays this Honorable U. S. District Judge for the Northern District of Georgia, grant unto Plaintiff any additional relief it deems appropriate in these regards.

DONALD G. JONES " PRO SE COUNSEL "

302 PLANTATION CIRCLE

RIVERDALE, GA. 30296

504-339-8052

I certify that I have mailed a copy of these proceedings to all of the defendants, in the attached list via U. S. Mail, this 11th day of January, 2009.

| | |
|---|---|
| Rebeccah L. Bower, Esq. | Deborah Butera, Esq. |
| Eric Jon Taylor, Esq. | Paul Anthony Rogers, Esq. |
| Parker Hudson Rainer Dobbs LLP | Shapiro Fussell |
| 1500 Marquis Two Tower | One Midtown Plaza, Suite 1200 |
| 285 Peachtree Center Avenue N. E. | 1360 Peachtree Street |
| Atlanta, Ga. 30303 | Atlanta, Georgia 30309 |
| Attorneys for Regions Bank & | Attorneys for Gibbs Construction, L.L.C. |
| K/B Home-Shaw of Louisiana LLC | & Carl E. Woodward, L.L.C. |
| The Shaw Group-Jim Bernhard | |
| | |
| Christopher Scott Badeaux, Esq. | Robert R. Ambler, Jr. , Esq. |
| Scott M. Ratchick, Esq. | 271 17th Street N. W. |
| Hartman, Simons, Spielman & Wood LLP | Suite-2400 |
| 6400 Powers Ferry Rd., N.W.- Suite 400 | Atlanta, Ga. 30363-1017 |
| Atlanta, Ga. 30339 | Attorney for J. P. Morgan Chase |
| Attorneys for Capital One | |
| | |
| Bridget Benoit Denicola, Esq. | Lacrecia G. Cade, Esq. |
| Devon Orland, Esq. | Carver, Darden, Koretzky, Tessier, Finn |
| Office of The Attorney General | Blossman & Areaux |
| For the State Of Louisiana | 1100 Poydras St. Suite 3100 |
| 1885 3rd St. | New Orleans, La. 70163 |
| Baton Rouge, La. 70802 | Attorney for Whitney National Bank |
| Attorneys for the Louisiana Recovery Authority, | |
| Louisiana Department of Labor, and | |
| Louisiana Department of Economic Development | |

Mark A. Kelley, Esq.

Kitchens, Kelley, Gaynes, LLC

Eleven Piedmont Center- Suite 900

3495 Piedmont Road, N. E.

Atlanta, Georgia 30305

Attorney For First Bank & Trust

Courteousy Copy

Mark C. Landry, Esq.

Newman, Mathis, Brady, Spedale, PLC

212 Veterans Blvd.

Metairie, La. 70005

La. Attorney for First Bank & Trust

Michael Taylor-Executive Director

Louisiana Land Trust ( formerly

Road Home Corporation

301 Main St.

Baton Rouge, La. 70801

James L. Ellis, Esq.

Baton Rouge Chamber Of Commerce

451 Florida Street-8th Floor

Baton Rouge, La. 70801

Denise C. Puente

Simon, Peragine, Smith, & Redbearn

1100 Poydras St.-30th Floor

New Orleans, La. 70163

La. Counsel For Gibbs /Car/

Ilene Weisbard Berman, Esq.

Taylor, Busch,, Slipakoff & Duma LLP

1600 Parkwood Circle-Suite 200

Atlanta, Ga. 30339

James M. Garner & Sharonda R. Williams

909 Poydras St.-Suite 2800

New Orleans, La. 70112

La. Attorneys For First Bank & Trust et al

Page-9-add/evi/sanc/dgj/atty/082826

( exhibit- dji- commonwealth - parish check- #682,500.00 assignment durell-subpoena" 1"

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**SUBPOENA**

No. _____   DIVISION "*N* " *Section 8*   Docket No. *08-3153*

*Rebecca B. Durell, et al*   VS. *Commonwealth Land and Title Insurance Co., et al*

TO: *Mr. Harry Kikaer, II - 601 Poydras St. - Suite 2345 - N.O., La. 70130*

**CLERK, CIVIL DISTRICT COURT** - Please issue a subpoena to the above party as directed below.

**SUBPOENA REQUEST**

[    ] **YOU ARE COMMANDED** to appear in the Civil District Court, Parish of Orleans in Division "_____", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _____, 20____ at _____ o'clock ____.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

**DEPOSITION SUBPOENA REQUEST**

[    ] **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**REQUEST FOR WRIT OF SUBPOENA DUCES TECUM**

[ X ] **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects for the _____ trial, _____ deposition, or ✓ hearing (state type) *Injunction -TRO* _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure ①

*10-10-08 @ 9:00 a.m. - Produce Check written To Parish National Bank (payment For Assignment) in the approximate amount of #682,500.00 (Front and Back ) ② and Copy Of Title Policy written on Rebecca B. Durell's Property located @ 6401-03 Gen. Meyer Ave, N.O., La. — ③ Copy Of Hud Settlement Statement, or receipt showing if Rebecca B. Durell — or Parish Paid For Title Policy (Hud Statement For 2-18-2005 )*

| PLACE | DATE AND TIME |
|---|---|
| *Division "N" Section 8* | *10-10-08 @ 9:00 a.m.* |

*Delivered To Mr. Kikaer's Office 10-6-08 @ 3:25 p.m. Info*

**DALE N. ATKINS, CLERK**
**CIVIL DISTRICT COURT**

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY   *Donald D. Jones "Pro Se"*
Attorney's signature

ATTORNEY'S
NAME & BAR NUMBER   *Pro Se Counsel*

ADDRESS
&   *1027 Touro St. - Suite "C"*
TELEPHONE NUMBER   *New Orleans, La. 70116*
*504-339-8052*

File original and two copies with Clerk
fourth copy for Attorney's File

*Atty Copy*

F-105

BRING THIS NOTICE WITH YOU.

(exhibit – doji – commonwealth-parish check – #682, 500.00 –assignment duwell-subpoena"1a")

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**SUBPOENA**

No. _____    DIVISION " *N* " *Section 8*    Docket No. 08-3133

*Rebecca B. Duwell, et al*    vs.    *Parish National Bank, et al*

TO: *Mr. J. Patrick Gaffney – 1100 Poydras St, Suite 3100 –*  *N.O., La. 70130*

**CLERK, CIVIL DISTRICT COURT** - Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[    ]  **YOU ARE COMMANDED** to appear in the Civil District Court, Parish of Orleans in Division "_____", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _____, 20___ at _____ o'clock ____.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

---

### DEPOSITION SUBPOENA REQUEST

[    ]  **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

---

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[ X ]  **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects for the _____ trial, _____ deposition, or ✓ hearing (state type) *Injunction – TRO* _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure. *10-10-08 @ 9:00 a.m.*

① *Produce Check written To Parish Nat'l Bank, from Commonwealth Land and Title Ins., which paid for assignment OF Mortgage and Promissory Note of Rebecca B. Duwell in the approximate amount of $682,500.00.*

② *Copy OF Title Policy Form Commonwealth To Parish for Promissory Note and Mortgage dated 2-10-05 + Form Rebecca B. Duwell's Property located at 6409-63 – Gen. Meyer, N.O., La.*

*Copy of Receipt showing who paid For Title Policy or HUD Statement dated ± 2-10-05*

| PLACE | DATE AND TIME |
|---|---|
| *Division "N" Section 8* | *10-10-08 @ 9:00 a.m.* |

*Delivered – Signed by Mrs. S. Langley @ 3:15 p.m./ 10-6-08*
*Suite 3100 – 1100 Poydras St. – N.O., La. 70130*

Issued at the request of; and,
Fees and cost guaranteed by undersigned

**ATTORNEY**    *Donald A. Jones "Pro Se"*
_____
Attorney's signature

**ATTORNEY'S NAME & BAR NUMBER**    *Pro Se Counsel*

**ADDRESS &**    *1027 Touro St – Suite "C"*
**TELEPHONE NUMBER**    *New Orleans, La. 70116*
*504-339-8052*

File original and two copies with Clerk
fourth copy for Attorney's File

*Atty. Copy*