UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

DONALD G. JONES                                  CIVIL ACTION: **10-2935**

VS.                                              JURY TRIAL DEMAND

WHITNEY HOLDING CORPORATION -WHITNEY NATIONAL BANK - PARISH NATIONAL
BANK, ET AL)

COMMONWEALTH LAND TITLE INSURANCE COMPANY-          **SECT. S MAG. 4**

FIDELITY NATIONAL TITLE INSURANCE COMPANY

---

**ORDER** MOTION FOR LEAVE TO RE-FILE PETITION FOR DAMAGES PURSUANT TO FRCP

RULE 4-PETITION FOR INJUNCTIVE RELEIF PURSUANT TO TITLE 28 U.S.C. SECTIONS 1651

ALL WRITS ACT-DAMAGES FOR VIOLATIONS OF TITLE 18 U.S.C. PART I CHAPTER 47

SECTION 1021 ( MORTGAGE FRAUD-TITLE RECORD ) RICO ANTIRUST-INSURANCE FRAUD-

VIOLATIONS OF TITLE 42 U.S.C. SECTIONS 2000.d THRU 2000.d.7 OF THE1964 CIVIL RIGHTS

ACT-WHICH HAS AND STILL ARE CAUSING DAMAGES IN EXCESS OF $8,000,000.00 TO

PLAINTIFF JONES OWNER OCCUPIED BUSINESSES, AND JONES CO-OWNED RENTAL

COMMERCIAL PROPPERTIES-PURSUANT TO U.S.C. TITLE 28 SECTIONS 1332 AND 1441 ( DIVERSITY )

---

## O R D E R

IT IS HEREBY ORDERED THAT PLAINTIFF JONES documents are to be filed into the Court

record this __day of September, 2010.

*Denied.*

THUS GRANTED THIS __7__ DAY OF SEPTEMBER, 2010.

*Mary Ann Vial Lemmon*

HON. USEDL JUDGE McNAMARA

_____ Process _____
__x__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

DONALD G. JONES

CIVIL ACTION

**10-2935**

VS.

JURY TRIAL DEMAND

WHITNEY HOLDING CORPORATION -WHITNEY NATIONAL BANK - PARISH NATIONAL BANK, ET AL)

COMMONWEALTH LAND TITLE INSURANCE COMPANY-

FIDELITY NATIONAL TITLE INSURANCE COMPANY

**SECT. S MAG. 4**

---

EMERGENCY HEARING DATE DEMANDED FOR  MOTION FOR LEAVE TO RE-FILE PETITION

FOR DAMAGES PURSUANT TO FRCP RULE 4-PETITION FOR INJUNCTIVE RELEIF PURSUANT

TO TITLE 28 U.S.C. SECTIONS 1651 ALL WRITS ACT-DAMAGES FOR VIOLATIONS OF TITLE 18

U.S.C. PART I CHAPTER 47 SECTION 1021 ( MORTGAGE FRAUD-TITLE RECORD ) RICO

ANTIRUST-INSURANCE FRAUD-VIOLATIONS OF TITLE 42 U.S.C. SECTIONS 2000.d THRU

2000.d.7 OF THE1964 CIVIL RIGHTS ACT-WHICH HAS AND STILL ARE CAUSING DAMAGES IN

EXCESS OF $8,000,000.00 TO PLAINTIFF JONES OWNER OCCUPIED BUSINESSES, AND JONES

CO-OWNED RENTAL COMMERCIAL PROPPERTIES-PURSUANT TO U.S.C. TITLE 28 SECTIONS 1332

AND 1441 ( DIVERSITY )

---

## NOTICE IS HEREBY GIVEN FOR AN EMERGENCY HEARING DATE

Plaintiff Jones hereby gives Notice of An Emergency Hearing Date requested to Hear this Matter, no later

than September 8th, 2010. This matter has been lingering in the Clerk of Courts Office for over 3 weeks

now.

NO DEFENDANTS TO NOTICE

*Donald G. Jones " Pro Se "*

DONALD G. JONES " PRO SE "

302 PLANTATION CIRCLE

FAYETTEVILLE, GA. 30214

504-339-8052