**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  AUG - 4 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-30959

CV 10-2935-S

United States Court of Appeals
Fifth Circuit
**F I L E D**
August 2, 2011

Lyle W. Cayce
Clerk

DONALD G. JONES,

        Plaintiff - Appellant

v.

WHITNEY HOLDING CORPORATION; WHITNEY NATIONAL BANK; PARISH NATIONAL BANK; COMMONWEALTH LAND TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY,

        Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of August 2, 2011, for want of prosecution. The appellant failed to timely pay the docketing fee.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
        Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:  0 2 AUG 2011
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

___ Fee _____
___ Process ___
_X_ Dktd _____
___ CtRmDep ___
___ Doc. No. __

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 02, 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG - 4 2011

LORETTA G. WHYTE
CLERK

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 10-30959,
Donald Jones v. Whitney Holding Corporation, et al
USDC No. 2:10-CV-2935

Enclosed is a copy of the judgment issued as the mandate.

The electronic copy of the record will be recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
    Mr. Donald G. Jones

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____